UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:24-cv-00691-MOC

| | |
|---|---|
| **AYESHA LUCKEY**, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| **COMMISSIONER OF SOCIAL SECURITY**, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Admission <u>Pro Hac Vice</u> of David F. Chermol. (Doc. No. 5). Having considered such motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that on Plaintiff's Motion for Admission <u>Pro Hac Vice</u> of David F. Chermol, David F. Chermol is admitted to practice before the Bar of this Court while appearing with local counsel in this particular case.

Signed: August 6, 2024

Max O. Cogburn Jr
United States District Judge